Burton C. Allyn, IV (SBN 96273)
JOHNS & ALLYN
A PROFESSIONAL CORPORATION
1010 B Street, Suite 350
San Rafael, California 94901
Telephone: (415) 459-5223
Facsimile:   (415) 453-2555

Attorneys for Plaintiff
AIWA TROUTMAN


Horace W. Green (SBN 115699)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:   (415) 837-0127

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIWA TROUTMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | Case No. C04-00889 MMC<br><br>**STIPULATION STAYING ALL PROCEEDINGS; [proposed] ORDER** STAYING PROCEEDINGS AND CONTINUING CASE MANAGEMENT CONFERENCE |

Plaintiff AIWA TROUTMAN and Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record, hereby stipulate that this action be stayed pending completion of the reassessment of plaintiff's claim under the multi-state Regulatory Settlement Agreement between Unum Life Insurance Company of America, on the one hand, and the Superintendent of the State of Maine Bureau of Insurance, the Commissioner of the Tennessee Department of Commerce and Insurance, the Commissioner of the Massachusetts Division of Insurance, the insurance regulators of the remaining states who agreed to the Regulatory Settlement Agreement, the New York Attorney General and the United States Department of Labor.

DATE:  July 13, 2005    JOHNS & ALLYN

By: **/s/ Burton C. Allyn, IV**
BURTON C. ALLYN, IV

Attorneys for Plaintiff
AIWA TROUTMAN

DATE:  July 14, 2005    GREEN & HUMBERT

By: **/s/ Horace W. Green**
HORACE W. GREEN
JOANNE M. RYAN

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY
OF AMERICA

1 **ORDER**

2   IT IS HEREBY ORDERED that this action is stayed pending completion of the
3 reassessment of plaintiff's claim under the Regulatory Settlement Agreement.  Plaintiff
4 shall notify the Court that a reassessment determination has been made within thirty
5 (30) days of receiving notification of the determination.

6   IT IS FURTHER ORDERED that the Case Management Conference scheduled
7 for July 22, 2005 is ~~off calendar.~~ CONTINUED to February 10, 2006.  A joint statement
8 shall be filed no later than February 3, 2006.

9 DATED:  July 15, 2005   _____
10 
11                                              Judge