Burton C. Allyn, IV (SBN 96273)
JOHNS & ALLYN
A PROFESSIONAL CORPORATION
1010 B Street, Suite 350
San Rafael, California 94901
Telephone: (415) 459-5223
Facsimile:  (415) 453-2555

Attorneys for Plaintiff
AIWA TROUTMAN

Horace W. Green (SBN 115699)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIWA TROUTMAN,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>                    Defendant. | Case No. C-04-0889 MMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [proposed] ORDER**<br><br>Date:   September 27, 2006<br>Time:   10:00 a.m.<br>Judge: Hon. Maxine M. Chesney<br>Ctrm:  7, 19th Floor |

1    Plaintiff AIWA TROUTMAN and Defendant UNUM LIFE INSURANCE

2   COMPANY OF AMERICA, by and through their respective counsel of record, hereby

3   submit the following Stipulation:

4    WHEREAS, this case has been stayed pending the reassessment of Ms.

5   Troutman's claim under the California Settlement Agreement; and

6    WHEREAS, to date, Ms. Troutman's claim has not been reassessed;

7    The parties hereby stipulate that the Case Management Conference scheduled

8   for September 27, 2006 be continued 180 days.

9   DATE:  September 13, 2006          JOHNS & ALLYN

10

11                                    By:  /s/ Burton C. Allyn, IV

12                                        BURTON C. ALLYN, IV

13                                    Attorneys for Plaintiff
                                      AIWA TROUTMAN

14

15

16  DATE:  September 13, 2006          GREEN & HUMBERT

17

18                                    By:  /s/ Joanne M. Ryan
                                        HORACE W. GREEN

19                                      JOANNE M. RYAN

20                                    Attorneys for Defendant
                                      UNUM LIFE INSURANCE COMPANY

21                                      OF AMERICA

22    I hereby attest that I have on file all holograph signatures for any signatures

23  indicated by a "conformed" signature (/s/) within this e-filed document.

24

25  DATE:  September 13, 2006          GREEN & HUMBERT

26                                    By:   /s/ Joanne M. Ryan

27

28

1

**<u>ORDER</u>**

2      IT IS HEREBY ORDERED that the Case Management Conference scheduled for

3   September 27, 2006 is continued to _____March 30_____, 2007.  A joint case

4   management conference statement shall be filed no later than _____March 23_____,

5   2007.

6

7   DATED:   September 18, 2006

8                                                    _____
                                                     MAXINE M. CHESNEY
9                                                    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28