IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIWA TROUTMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　Defendant. | No. C-04-0889 MMC<br><br>**ORDER DENYING DEFENDANT'S REQUEST TO LIFT STAY AND CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>(Docket No. 37) |

　　　　Before the Court is defendant's request to lift the stay of the instant action and to continue the March 30, 2007 case management conference for thirty days. Defendant has submitted no evidence in support of its request to lift the stay, however, and, consequently, has not demonstrated that the stay of the instant action should be lifted. In addition, defendant has failed to demonstrate any justification for continuing the March 30, 2007 case management conference.

　　　　Accordingly, defendant's Request to Lift Stay and Continue Case Management Conference is hereby DENIED. The parties shall file a joint case management statement no later than March 28, 2007 and shall appear for a case management conference on March 30, 2007 at 10:30 a.m., as previously scheduled.

　　　　This order terminates Docket No. 37.

　　　　**IT IS SO ORDERED.**

Dated: March 27, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge