1  Burton C. Allyn, IV (SBN 96273)
   JOHNS & ALLYN
2  A PROFESSIONAL CORPORATION
   1010 B Street, Suite 350
3  San Rafael, California 94901
   Telephone: (415) 459-5223
4  Facsimile:   (415) 453-2555

5  Attorneys for Plaintiff
   AIWA TROUTMAN
6

7  Horace W. Green (SBN 115699)
   GREEN & HUMBERT
8  220 Montgomery Street, Suite 438
   San Francisco, California 94104
9  Telephone: (415) 837-5433
   Facsimile:   (415) 837-0127
10
   Attorneys for Defendants
11 UNUM LIFE INSURANCE COMPANY
   OF AMERICA and
12 THE TRUST FOR PUBLIC LAND
   LONG TERM DISABILITY PLAN
13

14

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIWA TROUTMAN, | Case No. C-04-0889 MMC |
| Plaintiff, | **STIPULATION TO SUBSTITUTE PROPER PARTY ; [proposed] ORDER** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

   Plaintiff AIWA TROUTMAN, Defendant UNUM LIFE INSURANCE COMPANY

OF AMERICA, and THE TRUST FOR PUBLIC LAND LONG TERM DISABILITY PLAN

("The Plan"), by and through their respective counsel of record, hereby submit the

following Stipulation:

   //

---

Stipulation to Substitute Proper Party; [proposed] Order - Case No. C-04-0889 MMC

1. Defendant Unum Life Insurance Company may be dismissed from this action with prejudice. The purpose of said dismissal is to designate the correct defendant in the Action. Plaintiff does not concede that said dismissal makes Unum a prevailing party in the action.

2. The Amended Complaint for ERISA benefit may be, and pursuant to this Stipulation is deemed to be, amended to name The Trust for Public Land Long Term Disability Plan ("the Plan") as Defendant in this action seeking ERISA plan benefits.

3. Service of Process on the Plan is hereby waived. The Answer, Motion for Summary Judgment, and other pleadings filed by Defendant Unum shall be deemed to be the Plan's Answer, Motion for Summary Judgment, and other pleadings in this Action.

4. The parties to this Stipulation submit that, with the addition of any Supplemental Declarations submitted to the Court pursuant to the Court's Order issued at the October 26, 2007 Hearing on Defendant's Motion for Summary Judgment, said Motion may be submitted to the Court for determination without additional briefing.

DATE: November 1, 2007                    JOHNS & ALLYN


                                          By: /s/ Burton C. Allyn, IV
                                                BURTON C. ALLYN, IV

                                          Attorneys for Plaintiff
                                          AIWA TROUTMAN

-3-

| | |
|---|---|
| DATE: November 1, 2007 | GREEN & HUMBERT |
| | |
| | By: /s/ Horace W. Green |
| | HORACE W. GREEN |
| | |
| | Attorneys for Defendants |
| | UNUM LIFE INSURANCE COMPANY OF AMERICA and THE TRUST FOR PUBLIC LAND LONG TERM DISABILITY PLAN |

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

| | |
|---|---|
| DATE: November 1, 2007 | GREEN & HUMBERT |
| | |
| | By: /s/ Horace W. Green |
| | HORACE W. GREEN |

# ORDER

IT IS HEREBY ORDERED that Unum Life Insurance Company of America be, and hereby is, DISMISSED with prejudice from this Action.

IT IS FURTHER ORDERED that The Trust for Public Land Long Term Disability Plan ('the Plan") be substituted in as a party Defendant.  The Amended Complaint for ERISA benefits is deemed amended to name the Plan as party Defendant.  The Answer to Amended Complaint for ERISA benefits, Motions relating to summary judgment, and other pleadings submitted by Defendant Unum Life Insurance Company of America shall be, and hereby are, deemed to have been submitted by and on behalf of The Trust for Public Land Long Term Disability Plan.

**IT IS SO ORDERED.**

DATED:   November 6, 2007

_____
MAXINE M. CHESNEY
United States District Judge