IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIWA TROUTMAN,<br><br>        Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, et al.,<br><br>        Defendants.<br>_____/ | No. C-04-0889 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

     In light of the pending motion for summary judgment filed on behalf of defendant Trust for Public Land Long Term Disability Plan, the December 7, 2007 Case Management Conference is hereby CONTINUED to February 29, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than February 22, 2008.

     **IT IS SO ORDERED.**

Dated: December 5, 2007

_____
MAXINE M. CHESNEY
United States District Judge