IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIWA TROUTMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendant.<br>_____/ | No. C-04-0889 MMC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

    The Court previously scheduled the above-titled action for a Case Management Conference to be held on February 29, 2008.

    Given the current status of the case, specifically the pending motion for summary judgment filed by defendant, the February 29, 2008 Case Management Conference is hereby CONTINUED to May 30, 2008 at 10:30 a.m. The parties shall file a Joint Case Management Statement no later than May 23, 2008.

    **IT IS SO ORDERED.**

Dated: February 25, 2008

MAXINE M. CHESNEY
United States District Judge