IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIWA TROUTMAN,<br><br>       Plaintiff,<br><br>  v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>       Defendant. | No. C-04-0889 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

       The Court is in receipt of the parties' Joint Case Management Statement, filed May 23, 2008.

       In light of defendant's pending motion for summary judgment, and no new issues having been raised in the Joint Statement, the Court finds no purpose would be served by requiring the parties to attend a status conference.

       Accordingly, the Case Management Conference previously scheduled for May 30, 2008 is hereby VACATED.

       **IT IS SO ORDERED.**

Dated: May 27, 2008

                                       MAXINE M. CHESNEY
                                       United States District Judge